AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

| UNITED STATES OF AMERICA, | **APPEARANCE** |
|---|---|
| v. | Case Number:  07 M 2192 |
| MIKE MARRERO | |

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   Mike Marrero

   I certify that I am admitted to practice in this court.

| 1/11/2008 | | |
|---|---|---|
| Date | Signature | |
| | Mark S. DeMarco | MSD6471 |
| | Print Name | Bar Number |
| | 2027 Williamsbridge Road | |
| | Address | |
| | Bronx            NY | 10461 |
| | City          State | Zip Code |
| | (718) 239-7070 | (718) 239-2141 |
| | Phone Number | Fax Number |