

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*One St. Andrew's Plaza*
*New York, New York 10007*

March 26, 2008

By Hand Delivery
Honorable William H. Pauley
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2210
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re:   *United States* v. *Mike Marrero*, 08 Cr. 154 (WHP)

Dear Judge Pauley:

   The Government, with the consent of defense counsel, respectfully requests a brief extension of the deadline for producing discovery in this case from Friday, March 28, 2008, until Wednesday, April 2, 2008.

   Thank you for your attention to this matter.

                                Respectfully Submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                                By: _____
                                Brent S. Wible
                                Assistant United States Attorney
                                (212) 637-2307

cc: Mark DeMarco (By Fax)
    Counsel for Mike Marrero

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/28/08