UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                              :

UNITED STATES OF AMERICA                GOVERNMENT'S
                                         :      FORFEITURE BILL OF
      - v. -                                PARTICULARS
                                         :

DIANE SCHINDELWIG,                     S1 08 Cr. 154 (WHP)
    a/k/a "Charmayne Bracey,"
    a/k/a "Silvia Fernandez-Sanchez,"  :
MIKE MARRERO,
    a/k/a "Michael Reyes,"
                                         :

           Defendants.
                                         :

- - - - - - - - - - - - - - - - - - - x

        Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the narcotic offense described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following properties:

- the house and property located at 221 Pearl Street, North Dighton, Massachusetts 02764;

- the house and property located at 4614 E Lafayette Boulevard, Phoenix, Arizona 85018;

- the house and property located at 320 Church Street, Brownville, Maine 04414;

- the house and property located at 360 Church Street, Brownville, Maine 04414;

- the house and property Las Palmas, Ville #9, Sandy Beach Resort Area, Rocky Point, Mexico;

- the house and property located at Operadora Las Palomas De Penasco Sa Decv, Unit 803, Boulevard Costero 150 Col. Sandy Beach Puerto Penasco, Sonora, Mexico;

- the house and property located at Operadora Las Palomas De Penasco Sa Decv, Unit 804, Boulevard Costero 150 Col. Sandy Beach, Puerto Penasco, Sonora, Mexico;

- the timeshare located at The Cove at Yarmouth 183 Main Street, West Yarmouth, Massachusetts 02673.


Dated:   New York, New York
         May 6, 2008


                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: _____
                              SHARON E. FRASE
                              Assistant United States Attorney
                              Telephone: (212)637-2329

AFFIDAVIT OF SERVICE

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On May 6, 2008, I served a copy of the attached Government's forfeiture Bill of Particulars to be delivered by certified mail to:

> Paul A. Bogosian, Esq.
> 210 Rock Street
> Fall River, Massachusetts 02720
>
> Theodore A. Barone, Esq.
> Barone Law Offices
> 130 Liberty Street, Unit 2B
> Brockton, Massachusetts 02301
>
> Mark Steven DeMarco, Esq.
> Mark S. DeMarco Law Office
> 2027 Williamsbridge Road, 2nd floor
> Bronx, New York 10461

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   May 6, 2008
               New York, New York

*[signature]*
CORINNE L. SCALOGNA