UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  **NOTICE OF APPEARANCE**

      v.

                                                  08-cr-00192 (RJS-3)

ANGELINA KITAEVA

---------------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE, that the Defendant, ANGELINA KITAEVA, has retained Albert Y. Dayan, Esq. as her Attorney and demands that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
         July 30, 2008

                                                  Respectfully submitted,

                                                *Tony Milvis for Albert Dayan*
                                                ALBERT Y. DAYAN, ESQ. (AYD-5222)
                                                Attorney for the Defendant
                                                ANGELINA KITAEVA
                                                80-02 Kew Gardens Rd., Ste. 902
                                                Kew Gardens, New York 11415
                                                (718) 268-9400
                                                dayanlaw@aol.com