UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA                      GOVERNMENT'S
                                          :   SECOND FORFEITURE
        - v. -                                BILL OF PARTICULARS
                                          :
DIANE SCHINDELWIG,                            S1 08 Cr. 154 (WHP)
    a/k/a "Charmayne Bracey,"             :
    a/k/a "Silvia Fernandez-Sanchez,"
MIKE MARRERO,                             :
    a/k/a "Michael Reyes,"
                                          :
        Defendants.
                                          :

- - - - - - - - - - - - - - - - - - - - - x


        Pursuant to United States v. Grammatikos, 633 F.2d

1013, 1024 (2d Cir. 1980), the Government respectfully gives

notice that the property subject to forfeiture as a result of the

narcotic offense described in Count One of the Indictment as

alleged in the Forfeiture Allegation, includes the following

properties:


- One 2006 Chevrolet Silverado, bearing VIN #
  3GCEK14V86G229784;

- One 2005 GMC Yukon, bearing VIN
  #1GKEK13T05R146417;

- One 2005 Dodge Magnum, bearing VIN #
  2D4GV58235H113238;

- $16,337.00 in United States currency seized on or
  about April 1, 2008, from 221 Pearl Street, North
  Dighton, Massachusetts 02764;

- One 2007 Cadillac Escalade, bearing VIN
  #1GYFK66887R357835;

- $3,258.91 in funds formerly on deposit at Bank of America, Acct #████████-7980, in the name of Charmayne Bracey, seized on or about April 1, 2008;

- $8,459.76 in funds formerly on deposit at Bank of America, Acct #████████-9708, in the name of Diane Schindelwig, seized on or about April 1, 2008;

- $8,719.81 in funds formerly on deposit at Bank of America, Acct #████████-0005, in the name of Diane Schindelwig, seized on or about April 1, 2008;

- $31,159.81 in funds formerly on deposit at Bank of America, Acct #████████-6628, in the name of Diane Schindelwig, seized on or about April 1, 2008;

- $153,000.00 in funds formerly on deposit at Bank of America, Acct #█████5381, in the name of Diane Schindelwig, seized on or about April 1, 2008;

- Seven (7) Assorted Money Orders including Shaw's Star Market Moneygram Money Order, ID# 5743994196, for $100.00; Shaw's Star Market Moneygram Money Order, ID #5743994197, for $100.00; Shaw's Star Market Moneygram Money Order, ID #5743994194, for $500.00; Shaw's Star Market Moneygram Money Order, ID #5743994122, for $240.64; Western Union Money Order, ID #08-872711460, for $500.00; Western Union Money Order, Id #08-87277461, for $500.00; and Shaw's Star Market Moneygram Money Order ID #5743994195, for $500.00;

- $1,131.93 in funds formerly on deposit at Bank of America, Acct #████████-8387, in the name of Charmayne Bracey, seized on or about April 1, 2008;

- $859.24 in funds formerly on deposit at Bank of America, Acct #████████-0982, in the name of Charmayne Bracey, seized on or about April 1, 2008;

- One ladies 14kt white gold diamond engagement ring with one marquise diamond 2.7 carats, approximate value $8,900.00, seized on or about April 1, 2008, from 59 Linden Street, Taunton, Massachusetts 02780;

- Louis Vuitton Luggage, including one (1) Trolley 50 Bosphore, one (1) Palermo PM and one (1) Zippy Wallet, total approximate value $3,920.00, seized on or about April 1, 2008, from 221 Pearl Street, North Dighton, Massachusetts 02764;

- Assorted Jewelry, including one (1) 14kt white gold diamond stud earrings with one full round cut diamond 2.12 carats and one white gold diamond earrings with 14k white gold and half hoops with 18k gold set with 72 round diamonds 1.34 carats, total approximate value $3,470.00, seized on or about April 1, 2008, from 1022 Maryellen Street, Pampa, Texas 79065.


Dated:    New York, New York
          July 30, 2008


                    Respectfully Submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

                By: _____
                    SHARON E. FRASE
                    Assistant United States Attorney
                    Telephone: (212)637-2329

AFFIDAVIT OF SERVICE

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On July 30, 2008, I served a copy of the attached Government's Second Forfeiture Bill of Particulars to be delivered by certified mail to:

> Paul A. Bogosian, Esq.
> 210 Rock Street
> Fall River, Massachusetts 02720
>
> Theodore A. Barone, Esq.
> Barone Law Offices
> 130 Liberty Street, Unit 2B
> Brockton, Massachusetts 02301
>
> Mark Steven DeMarco, Esq.
> Mark S. DeMarco Law Office
> 2027 Williamsbridge Road, 2nd floor
> Bronx, New York 10461

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:    July 30, 2008
                New York, New York


                                          CORINNE L. SCALOGNA